Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Stephen A. Davis, Esq.
Nevada State Bar No. 14185
**JONES LOVELOCK**
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Facsimile: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: jjones@joneslovelock.com
Email: sdavis@joneslovelock.com

*Attorneys for Plaintiff TAB Contractors, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAB CONTRACTORS, INC, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMPSON PIPE GROUP, INC., a California corporation; U.S. COMPOSITE PIPE SOUTH, LL.C. d/b/a THOMPSON PIPE GROUP-FLOWTITE, a Louisiana limited liability company,<br><br>Defendants. | CASE NO.: 2:20-cv-00362-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, TAB CONTACTORS, INC. ("Plaintiff"), by and through its counsel of record, Nicole E. Lovelock, Esq., Justin C. Jones, Esq. and Stephen A. Davis, Esq. of Jones Lovelock, and Defendants THOMPSON PIPE GROUP, INC., U.S. COMPOSITE PIPE SOUTH, L.L.C. d/b/a THOMPSON PIPE GROUP-FLOWTITE ("Defendants"), by and through their counsel of record, Bradley S. Slighting, Esq., of Boyack Law Group; and Nathan D. O'Malley, Esq. of Musick, Peeler & Garrett LLP (collectively referred to as the "Parties") hereby stipulate and agree to the following:

    1. Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice;

2. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties respectfully and jointly submit this Stipulation of Dismissal of this action, each party to bear their own fees and costs.

DATED: August 27, 2021.

**JONES LOVELOCK**

/s/ Stephen A. Davis, Esq..
Nicole E. Lovelock, Esq. (11187)
Justin C. Jones, Esq. (8519)
Stephen A. Davis, Esq. (14185)
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Facsimile: (702) 805-8451

*Attorneys for Plaintiff TAB Contractors, Inc.*

DATED: August 27, 2021.

/s/ Nathan D. O'Malley, Esq.
Nathan D. O'Malley (*Admitted Pro Hac Vice*)
**MUSICK, PEELER & GARRETT LLP**
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7600
Facsimile: (213) 624-1376

Bradley S. Slighting, Esq. (10225)
**BOYACK LAW GROUP**
1707 Village Center Circle, Suite 100
Las Vegas, Nevada 89134
Telephone: (702) 744-7474
Facsimile: (702) 623-4746

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

_8/30/2021_____
DATE